**2010–1592.   State ex rel. Striker v. Cline.**
Richland App. No. 09CA107, 2010-Ohio-3592.

**2010–1634.   State ex rel. Gonzales v. Nadel.**
In Mandamus.

**23–9541822010–1681.   State ex rel. Hodge v. Ryan.**
Franklin App. No. 09AP–412.

# CASE ANNOUNCEMENTS

*December 3, 2010*

[Cite as *12/03/2010 Case Announcements*, 2010-Ohio-5856.]

# DISCIPLINARY CASES

**2009–1544.   Disciplinary Counsel v. Nicks.**
This cause came on for further consideration upon the filing by respondent, J. Michael Nicks, of an affidavit of compliance and a motion to cure contempt. Upon consideration thereof,
It is ordered by the court that the motion is granted.

# CASE ANNOUNCEMENTS

*December 6, 2010*

[Cite as *12/06/2010 Case Announcements*, 2010-Ohio-5916.]

# DISCIPLINARY CASES

**2006–2341.   Disciplinary Counsel v. Friedman.**
On November 4, 2010, respondent, Benjamin Stuart Friedman, filed an application for termination of probation. Upon consideration thereof, the court finds that respondent has substantially complied with Gov.Bar R. V(9)(D) and with its order, dated March 9, 2009, in which the court reinstated respondent to the practice of law and placed him on probation. Upon consideration thereof,
It is ordered by this court that the probation of respondent, Benjamin Stuart Friedman, Attorney Registration No. 0074348, last known business address in Kingman, Arizona, is terminated.
It is further ordered that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

**2010–0668.   Akron Bar Assn. v. Wittbrod.**
On April 16, 2010, the Board of Commissioners on Grievances and Discipline certified its final report to this court in this case recommending that respondent, Harry Johann Wittbrod, Attorney Registration No. 0066021, last known business address in Cuyahoga Falls, Ohio, be indefinitely suspended, with credit for time served under his prior suspension. Upon consideration thereof,
It is ordered by the court, sua sponte, that this case is remanded to the Board of Commissioners on Grievances and Discipline for supplementation of the record in accordance with the evidentiary standard set forth in Gov.Bar R. V(6)(F)(1)(b). Proceedings before this court are stayed until further order of the court. Costs to abide final determination of the case.
It is further ordered that all documents filed in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings. Service shall be deemed made on respondent by sending this order and all